■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK MENTER, Appellant.—Judgment unanimously affirmed. Memorandum: The record supports the court's finding that the victim's pretrial identification of defendant from a photographic array was not impermissibly suggestive. Defendant's remaining contentions were not preserved for review and we decline to reach them in the interest of justice. (Appeal from judgment of Oswego County Court, Auser, J.—sodomy, first degree.) Present—Callahan, J. P., Doerr, Denman, Green and Balio, JJ.